IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN A. RAMIREZ,  Petitioner,  v.  BEN CURRY, Warden,  Respondent. | No. C 08-2159 MMC (PR)  **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME**  **(Docket No. 3)** |

GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file his response to the petition no later than February 19, 2009. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent shall file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 3.

IT IS SO ORDERED.

DATED: December 29, 2008

_____
MAXINE M. CHESNEY
United States District Judge